

# GERALD FRY
## ATTORNEY AT LAW

801 Congress, Suite 350
Houston, Texas 77002-1731
Tel. 713-222-0860
Facsimile 713-224-3111

April 29, 2015



FILED
MAY 04 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Ms. Peggy Culp
7th Court of Appeals
P.O. Box 9540
Amarillo, TX 79105-9540

RE: Appellate Record; Reporter's Record and Clerk's Record;
State v. Rodney White;
Appellate Cause # 07-10-0387-CR;
Trial Cause # 2010-428127;
Lubbock County

Dear Ms. Culp,

I am representing Mr. White on a post appellate matter.

I understand you maintain it in an electronic version. I would appreciate it if you will forward me a copy of the Reporter's Record and the Clerk's Record, and if possible, the appellate record.

Please find enclosed a self-addressed, stamped envelope for purposes of forwarding it to this office. It is my understanding there is no charge for duplicating the record itself.

Should you have questions, please call Steve Nelson at (713) 269-7855 or me.

Sincerely,

Gerald Fry    by

by permission